NO. 07-12-0382-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 JANUARY 4, 2013
 ______________________________

 PAUL DAVID GILLETTE,

 Appellant

 V.

 THE STATE OF TEXAS,

 Appellees
 ______________________________

 FROM THE 47th DISTRICT COURT OF POTTER COUNTY;

 NO. 62,169-A; HON. DAN L. SCHAAP, PRESIDING
 _______________________________

 ON ABATEMENT AND REMAND
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 Appellant Paul David Gillette appeals from his conviction for the
offense of murder. On October 18, 2012, the clerk's record was filed. The
reporter's record was due on October 26, 2012. On November 2, 2012, this
court notified the reporter by letter that the record was late and directed
the reporter to respond, by November 13, 2012, and explain why it had not
been filed. On November 9, 2012, the reporter filed a motion for extension
of time to file the record, which was granted to November 26, 2012. On
November 29, 2012, the reporter filed a second extension to extend the time
to file the record, which was granted to December 27, 2012. To date, no
response, status report, or reporter's record has been filed.
 Accordingly, we abate this appeal and remand the causes to the 47th
District Court of Potter County (trial court) for further proceedings.
Upon remand, the trial court shall determine, via hearing or other
reasonable means:
 when the reporter's record will be transcribed into written form
 and filed in accordance with the rules of appellate procedure
 and in a manner that does not further delay the prosecution of
 this appeal or have the practical effect of depriving the
 appellant of his right to appeal.

 The trial court shall cause the hearing to be transcribed. So too
shall it 1) execute findings of fact and conclusions of law addressing the
foregoing issue. Additionally, the district court shall then cause those
findings of fact and conclusions of law to be filed with the clerk of this
court on or before February 4, 2013. Should further time be needed by the
trial court to perform these tasks, then same must be requested before
February 4, 2013.
 It is so ordered.
 Per Curiam

Do not publish.
-----------------------
 2

 2